UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT MORRIS, | ) | 1:05-cv-01446-AWI-SMS-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 8) |
| v. | ) | |
| | ) | **ORDER DISMISSING PETITION** |
| T. CAREY, | ) | **FOR WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT** |
| | | |
| | | **ORDER TERMINATING ACTION** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On January 13, 2006, the Magistrate Judge filed Findings and Recommendations that the Petition for Writ of Habeas Corpus be DISMISSED, and the Clerk of Court enter judgment, thus terminating this action.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendations.

//

1    In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, the Court concludes that
4 the Magistrate Judge's Findings and Recommendations are supported
5 by the record and proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed January 13, 2006,
8 are ADOPTED IN FULL;
9    2.   The Petition for Writ of Habeas Corpus is DISMISSED; and,
10   3.   The Clerk of Court enter judgment, thus terminating this
11 action.

13 IT IS SO ORDERED.

14 **Dated:   March 21, 2006**            /s/ Anthony W. Ishii
   0m8i78                                UNITED STATES DISTRICT JUDGE